AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
v.
Miguel Antonio Cuellar-Rodas

**CRIMINAL COMPLAINT**

Case Number: M-24-0563-M

IAE    YOB: 1977
El Salvador

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **April 5, 2024** in **Hidalgo** County, in the **Southern** District of **Texas**

The Defendant being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Sullivan City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony).

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Miguel Antonio Cuellar-Rodas was encountered by Border Patrol Agents near Sullivan City, Texas, on April 5, 2024. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 5, 2024, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on January 25, 2019, through Phoenix, Arizona. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On May 26, 2011, the Defendant was convicted of Sexual Assault, and sentenced to ten (10) years confindment.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Complaint authorized by AUSA A. McColgan
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

April 7, 2024    @ 8:14 a.m.

/s/ Eric T. Pratt
Signature of Complainant
Eric T. Pratt    Border Patrol Agent

Juan F. Alanis    , U.S. Magistrate Judge
Name and Title of Judicial Officer
Signature of Judicial Officer